JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAT SHEIKH, <br><br> Plaintiff(s), <br><br> VS. <br><br> EZ FUNDING CORPORATION, et al., <br><br> Defendant(s). | Case No. CV 09-06062-RGK (RCx) <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On March 30, 2010, the Court issued a minute order notifying plaintiff that his attorney was no longer eligible to practice law. Defendants, as ordered by the Court, served plaintiff with a copy of the minute order by mail on April 1, 2010. Plaintiff was ordered, within 30 days of service, to obtain new counsel or notify the court that he elected to proceed pro se. As of this date, plaintiff has not responded to the notice, and therefore, the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 26, 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE